UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN J. ADAMS,<br><br>              Plaintiff,<br><br>    v.<br><br>LOS ANGELES POLICE DEPARTMENT, et al.,<br><br>              Defendants. | Case No. CV 17-5985-SJO (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: May 3, 2018

                                            *S. James Otero*
                                        S. JAMES OTERO
                                    UNITED STATES DISTRICT JUDGE